W. H. TUNNICLIFFE, as Receiver of Commercial Bank & Trust Company, *Appellant,* v. THE CITY NATIONAL BANK & TRUST COMPANY, of Miami, Florida, *Appellee.*

Division B.

Decision filed October 26, 1928.

Petition for rehearing denied November 28, 1928.

*Winters, Foskett & Wilcox,* for Appellant;

*Hudson & Cason,* for Appellee.

PER CURIAM.—The decree in this case should be affirmed upon authority of the opinion in the case of Atlantic National Bank of Jacksonville v. Pratt, receiver, opinion filed April 26, 1928, reported 116 So. R. 635, and it is so ordered.

Affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J. concur.